# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTOPHER ALEXANDER MATHIS,**

    Petitioner

**v.**

**KEVIN KAUFFMAN,**
Superintendent

    Respondent

CIVIL ACTION NO. 3:19-1377

(Judge Mannion)

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Application for Leave to proceed *In Forma Pauperis* (Doc. 3) is **GRANTED** for the limited purpose of filing the instant action.

2. The petition is **DEEMED** filed.

3. The petition for writ of habeas corpus is **DENIED.**

4. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 20, 2019**
19-1377-01-ORDER